CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

NOV 13 2023

LAURA A. AUSTIN, CLERK
BY: s/ H. MCDONALD
       DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**DANVILLE DIVISION**

| | |
|---|---|
| JEFFREY L. BRIM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 4:23-cv-00008 |
| v. | ) |
| | ) |
| KILOLO KIJAKAZI, | ) |
| Acting Commissioner | ) |
| Of Social Security, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT ORDER

The Court having separately ordered the remand of this action for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g),

**IT IS FURTHER ORDERED** that final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

It is so **ORDERED**.

Entered: November 13, 2023

_/s/ Michael F. Urbanski_
Michael F. Urbanski
Chief United States District Judge